IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB,<br>          Petitioner,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br>          Respondent. | )<br>)<br>)   No. 22-1217<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR REVIEW**

Pursuant to Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Sierra Club hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the following orders of the United States Department of Energy:

1. Order Amending Long-Term Authorization to Export Liquified Natural Gas to Non-Free Trade Agreement Nations, *Magnolia LNG LLC*, DOE/FE Order No. 3909-C, FE Docket No. 13-132-LNG (April 27, 2022), available at https://www.energy.gov/sites/default/files/2022-04/ord3909c.pdf and attached as Exhibit A.

2. Order Denying Request for Rehearing, *Magnolia LNG LLC*, DOE/FE Order No. 3909-D, FE Docket No. 13-132-LNG (June 24, 2022), available at https://www.energy.gov/sites/default/files/2022-06/ord3909-d.pdf and attached as Exhibit B.

Because Sierra Club was a party to this DOE docket, and because Sierra Club made a timely request for rehearing of DOE/FE Order 3909-C, this Court has jurisdiction pursuant to 15 U.S.C. § 717r(b).

This petition for review is timely filed within 60 days of the date the request for rehearing was denied, in accordance with 15 U.S.C. § 717r(b).

Dated: August 22, 2022

Respectfully submitted,

Nathan Matthews
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5695
nathan.matthews@sierraclub.org
*Attorney for Sierra Club*

2

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB,<br>      Petitioner,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br>      Respondent. | No. 22-1217 |

**PETITIONER'S RULE 26.1 STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Petitioner makes the following disclosures:

Sierra Club has no parent companies, and there are no publicly held companies that have a 10 percent or greater ownership interest in Sierra Club.

Sierra Club, a corporation organized and existing under the laws of the State of California, is a nonprofit organization dedicated to the protection and enjoyment of the environment.

Dated: August 22, 2022

                                            Respectfully submitted,

                                            Nathan Matthews

Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5695
nathan.matthews@sierraclub.org
*Attorney for Sierra Club*

2

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 22, 2022, I served a copy of the foregoing Petition for Review and Corporate Disclosure Statement by email on the following parties, which include all parties (other than petitioner) identified by the Department of Energy's service list for proceedings before the agency, https://fossil.energy.gov/fergas-fe/#/serviceList.

1. K&L Gates, LLP

David L. Wochner
1601 K Street, N.W.
Suite 400
Washington DC 20006
U.S.
(202) 778-9014
david.wochner@klgates.com

Timothy J. Furdyna
1601 K Street, N.W.
Suite 400
Washington DC 20006
U.S.
(202) 778-9168
tim.furdyna@klgates.com

2. Magnolia LNG, LLC

John Baguley
Chief Operating Officer at Magnolia LNG, LLC
1001 McKinney, Suite 600
Houston, TX 77002
U.S.
(713) 815-6900
jbaguley@magnolialng.com

Kinga Doris
Joint Company Secretary
1001 McKinney Street
Suite 600
Houston TX 77002
U.S.
(713) 986-0600
kdoris@LNGlimited.com

Rafael Hernandez
Vice President
1001 McKinney Street
Suite 600
Houston TX 77002
U.S.
(713) 815-6900
rhernandez@magnolialng.com

3. American Petroleum Institute

John Wagner
200 Massachusetts Ave., NW
Washington DC 20001
U.S.
(202) 682-8529
wagner@api.org

4. Industrial Energy Consumers of America

Paul N. Cicio
President
1776 K Street
Suite 720
Washington DC 20005
U.S.
(202) 223-1661
pcicio@ieca-us.org

    5. The American Public Gas Association

David Schryver
Executive Vice President
Suite C-4
201 Massachusetts Avenue, NE
Washington DC 20002
U.S.
(202) 464-0835
dschryver@apga.org

John Greg
Attorney
Twelfth Floor
1015 Fifteenth Street, N.W.
Washington DC 20005
U.S.
(202) 296-2960
jgregg@mccarter.com

 

Nathan Matthews
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
(415) 977-5695
nathan.matthews@sierraclub.org